

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL LEE GARNER,

    Plaintiff,

v.      Civil Action No. **3:14CV326**

RAPPAHANNOCK REGIONAL JAIL
AUTHORITY, *et al.*,

    Defendants.

### MEMORANDUM OPINION

By Memorandum Order entered on May 21, 2014, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. By Memorandum Order entered on June 4, 2015, the Court directed Plaintiff to file a particularized complaint within fourteen (14) days of the date of entry thereof. On June 15, 2015, the United States Postal Service returned the June 4, 2015 Memorandum Order to the Court marked, "NOT HERE" and "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                               /s/
                                    James R. Spencer
                                    Senior U. S. District Judge

Date: 6-25-15
Richmond, Virginia